[No. 49746-4-I. Division One. August 19, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN SCOLERI, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-01110-8, Anita L. Farris, J., entered November 21, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49909-2-I. Division One. August 19, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK L. ZAMFINO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-05260-6, Terence Lukens, J., entered January 4, 2002. *Reversed* by unpublished per curiam opinion.

[No. 49937-8-I. Division One. August 19, 2002.]

COURTNEY ASPEGREN, *Appellant*, v. SHARON MALLORY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-12808-6, Gregory P. Canova, J., entered January 4, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 19399-3-III. Division Three. August 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW MONTGOMERY PETERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-1-01551-8, Salvatore F. Cozza, J., entered May 30, 2000. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Schultheis, J.